UNITED STATES COURT OF INTERNATIONAL TRADE          FORM  1

| | |
|---|---|
| TRAVELWAY GROUP INTERNATIONAL INC.<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>                                          Defendant. | S U M M O N S<br>Court No. 22-00313 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | Los Angeles/Long Beach (2704-2709) | Center (if known): | Consumer Products and Mass Merchandising |
| Protest Number: | 2704-20-130276, etc. (See Form) | Date Protest Filed: | June 3, 2020, etc. (See Form 1-3) |
| Importer: | Travelway Group International Inc. | Date Protest Denied: | April 25, 2022 etc. (See Form 1-3) |
| Category of Merchandise: | Bags and Backpacks | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 79903339537 | 2/11/2019 | 1/10/2020 | 9XM00132326 | 7/2/2019 | 5/29/2020 |
| 79904452818 | 2/19/2019 | 1/17/2020 | 9XM00132664 | 7/7/2019 | 5/29/2020 |
| 9XM00129892 | 6/18/2019 | 5/15/2020 | 9XM00133001 | 7/8/2019 | 5/29/2020 |
| 9XM00133027 | 7/8/2019 | 5/29/2020 | Etc. | See Form 1-3 | |

Ralph H. Sheppard
Meeks, Sheppard, Leo & Pillsbury LLP
570 Lexington Avenue, 24th Floor
New York, NY 10022
Ralph.Sheppard@mscustoms.com
(203) 257-6614

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Backpacks | 4202.92.3120 etc. 9903.88.03 | 17.6% 25% | 4202.92.3120 etc. 9903.88.03 | 17.6% 0% |
| Bags | 4202.92.3131 etc. 9903.88.03 | 17.6% 25% | 4202.92.3130 etc. 9903.88.03 | 17.6% 0% |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

CBP denied importers claim that subject articles were eligible for available Section 301 exclusions

The issue which was common to all such denied protests:

Whether imported product met terms of available Section 301 exclusions

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

**Ralph Sheppard**  Digitally signed by Ralph Sheppard
Date: 2022.10.24 14:07:03 -04'00'

*Signature of Plaintiff's Attorney*

October 24, 2022

*Date*

## SCHEDULE OF PROTESTS

Consumer Products and Mass Merchandising
_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 270420130276 | 6/3/2020 | 4/25/2022 | 79903339537 | 2/11/2019 | 1/10/2020 | 2704 |
| 270420130276 | 6/3/2020 | 4/25/2022 | 79904452818 | 2/19/2019 | 1/17/2020 | 2704 |
| 270420130276 | 6/3/2020 | 4/25/2022 | 9XM00129892 | 6/18/2019 | 5/15/2020 | 2704 |
| 270420130276 | 6/3/2020 | 4/25/2022 | 9XM00133027 | 7/8/2019 | 5/29/2020 | 2704 |
| 270920100046 | 6/3/2020 | 4/25/2022 | 9XM00132326 | 7/2/2019 | 5/29/2020 | 2709 |
| 270920100046 | 6/3/2020 | 4/25/2022 | 9XM00129876 | 6/17/2019 | 5/8/2020 | 2709 |
| 270920100046 | 6/3/2020 | 4/25/2022 | 9XM00130643 | 6/23/2019 | 5/15/2020 | 2709 |
| 270920100046 | 6/3/2020 | 4/25/2022 | 9XM00132300 | 7/2/2019 | 5/29/2020 | 2709 |
| 270920100046 | 6/3/2020 | 4/25/2022 | 9XM00132664 | 7/7/2019 | 5/29/2020 | 2709 |
| 270920100046 | 6/3/2020 | 4/25/2022 | 9XM00133001 | 7/8/2019 | 5/29/2020 | 2709 |
| 270920100046 | 6/3/2020 | 4/25/2022 | 9XM00133035 | 7/8/2019 | 5/29/2020 | 2709 |
| 270420137193 | 7/16/2020 | 4/27/2022 | 9XM00135683 | 7/30/2019 | 6/26/2020 | 2704 |
| 270420137193 | 7/16/2020 | 4/27/2022 | 9XM00137861 | 8/5/2019 | 6/26/2020 | 2704 |
| 270420137193 | 7/16/2020 | 4/27/2022 | 9XM00138158 | 8/11/2019 | 7/3/2020 | 2704 |
| 270420146833 | 11/4/2020 | 10/17/2022 | 9XM00157117 | 11/23/2019 | 10/16/2020 | 2704 |
| 270420146833 | 11/4/2020 | 10/17/2022 | 9XM00157141 | 11/25/2019 | 10/23/2020 | 2704 |
| 270420146833 | 11/4/2020 | 10/17/2022 | 9XM00157166 | 11/24/2019 | 10/16/2020 | 2704 |
| 270420146833 | 11/4/2020 | 10/17/2022 | 9XM00160434 | 12/9/2019 | 10/30/2020 | 2704 |
| 270420134154 | 6/24/2020 | 5/6/2022 | 79900605682 | 1/28/2019 | 12/27/2019 | 2704 |
| 270420134154 | 6/24/2020 | 5/6/2022 | 9XM00118762 | 4/13/2019 | 3/6/2020 | 2704 |
| 270420134154 | 6/24/2020 | 5/6/2022 | 9XM00118986 | 4/13/2019 | 3/6/2020 | 2704 |
| 270420134154 | 6/24/2020 | 5/6/2022 | 9XM00126880 | 6/1/2019 | 4/24/2020 | 2704 |
| 270420134154 | 6/24/2020 | 5/6/2022 | 9XM00126898 | 6/1/2019 | 4/24/2020 | 2704 |
| 270420134154 | 6/24/2020 | 5/6/2022 | 9XM00126922 | 6/1/2019 | 4/24/2020 | 2704 |
| 270420134154 | 6/24/2020 | 5/6/2022 | 9XM00131377 | 7/1/2019 | 5/29/2020 | 2704 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)