UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 7A

TRAVELWAY GROUP INTERNATIONAL INC.

                Plaintiff,

v.

UNITED STATES

                Defendant.

Court No. 22-00313 and 23-0057

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 9/28/24

*/s/ Ralph Sheppard*
Ralph Sheppard, Meeks, Sheppard, Leo & Pillsbury LLP
Attorney for Plaintiff

570 Lexington Avenue, 24th floor
Street Address

New York, NY 10022
City, State and Zip Code

212-949-7120
Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: 9/30/2024

Clerk, U. S. Court of International Trade

By: /s/ Giselle Almonte
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 22-00313 | Travelway Group International Inc. |
| 23-00057 | Travelway Group International Inc. |

## Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: 9/30/2024

Clerk, U. S. Court of International Trade

By: /s/ Giselle Almonte
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)